UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BRYAN COHEN, individually and on behalf of  :
all other persons similarly situated,       :
            Plaintiff,                  :
                                        :   **ORDER**
v.                                          :
                                        :   20 CV 1202 (VB)
NORTHEAST RADIOLOGY, P.C. and               :
ALLIANCE HEALTHCARE SERVICES, INC.,         :
            Defendants.                 :
--------------------------------------------------------------x

       As discussed at a conference held today, attended by counsel for all parties, it is HEREBY ORDERED:

       1. The deadline for the completion of all discovery is March 31, 2022. The parties shall discuss the interim discovery deadlines in good faith. By March 12, 2021, the parties shall submit an updated proposed Civil Case Discovery Plan and Scheduling Order.

       2. The parties are directed to discuss settlement in good faith. By no later than September 7, 2021, counsel shall submit a joint letter regarding the status of their discussions and whether there is anything the Court can do to assist in that regard.

       3. A status conference is scheduled for December 10, 2021, at 2:30 p.m., to proceed by telephone. Counsel shall attend by calling the following number and entering the access code when requested:

       Number:  (888) 363-4749 (toll-free) or (215) 446-3662
       Access Code:  1703567

Dated: March 5, 2021
       White Plains, NY

                                                  SO ORDERED:

                                                  Vincent L. Briccetti
                                                  United States District Judge