UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BRYAN COHEN, individually and on behalf of
all other persons similarly situated,
          Plaintiff,

v.

NORTHEAST RADIOLOGY, P.C. and
ALLIANCE HEALTHCARE SERVICES, INC.,
          Defendants.
--------------------------------------------------------------x



**ORDER**

20 CV 1202 (VB)

      As discussed at an on-the-record conference held today, attended by counsel for all parties, it is HEREBY ORDERED:

      1. By no later than August 4, 2021, defendants shall provide to plaintiff and to the Court (i) the address on the March 10, 2020, data breach letter sent to "Bryan Cohen," and (ii) the birth year of the "other" Bryan Cohen. Because this information is protected by the Health Insurance Portability and Accountability Act, defendant shall file this information under seal on the ECF docket.

      2. The stay of discovery is modified as follows: by no later than August 4, 2021, plaintiff shall issue a subpoena to Citibank to obtain plaintiff's bank records. The stay otherwise remains in place.

      3. By September 24, 2021, the parties shall submit a joint status update, not to exceed three pages. It should address the following points: (i) whether any further issues remain regarding plaintiff's status as a NERAD patient during the relevant time period, (ii) if any issue remains, what the issue is, (iii) whether or not the temporary stay of discovery should be lifted, and (iv) proposing next steps in this case.

      4. A status conference is scheduled for October 1, 2021, at 11:00 a.m., to proceed in person at the Courthouse, Courtroom 620.

Dated: July 28, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge