**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN COHEN, individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NORTHEAST RADIOLOGY, P.C. and ALLIANCE HEALTHCARE SERVICES, INC.,<br><br>      Defendants. | Civil Action No. 7:20-cv-01202-VB<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Bryan Cohen ("Plaintiff"), in his individual capacity, and Defendants Northeast Radiology, P.C. ("NERAD") and Alliance HealthCare Services, Inc. ("Alliance," and with NERAD, "Defendants") hereby stipulate to the dismissal with prejudice of Plaintiff's individual claims against Defendants, such that this case is stipulated to be dismissed in its entirety pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), with Plaintiff and Defendants each releasing any and all claims against the other arising from or related to the claims in the above-captioned action, and each bearing his, its or their own attorneys' fees, costs, and expenses.

Dated: November 15, 2021

**LOWEY DANNENBERG P.C.**

/s/ *Christian Levis*
Christian Levis (clevis@lowey.com)
Amanda Fiorilla (afiorilla@lowey.com)
44 South Broadway, Suite 1100
White Plains, NY  10601
Tel.:  (914) 997-0500
Fax:  (914) 997-0035

**ATTORNEYS FOR PLAINTIFF**

**WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP**

/s/ *Peter J. Larkin*

Peter J. Larkin (peter.larkin@wilsonelser.com)
1133 Westchester Avenue
White Plains, NY  10604
Tel.:  (914) 872-7847
Fax:  (914) 323-7001

Geoffrey Belzer (geoffrey.belzer@wilsonelser.com)*
Jennifer S. Stegmaier
(Jennifer.stegmaier@wilsonelser.com)*
55 West Monroe Street, Suite 3800
Chicago, IL  60603
Tel.:  (312) 821-6116
Fax:  (312) 704-1522

**pro hac vice*

**ATTORNEYS FOR DEFENDANT
NORTHEAST RADIOLOGY, P.C.**

**POLSINELLI PC**

/s/ *John C. Cleary*

John C. Cleary (john.cleary@polsinelli.com)
600 Third Avenue, 42nd Floor
New York, NY  10016
Tel.:  (212) 413-2837
Fax:  (212) 684-0197

Mark A. Olthoff (molthoff@polsinelli.com)*
Catherine A. Green (cgreen@polsinelli.com)*
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Phone: (816) 753-1000
Fax: (816) 753-1536

**pro hac vice*

**ATTORNEYS FOR DEFENDANT
ALLIANCE HEALTHCARE SERVICES, INC.**

2